IN THE UNTIED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| CHRISTOPHER LANCE SHOCKLEY, | ) | |
|---|---|---|
| | ) | |
| Petitioner, | ) | NO. 3:09-1096 |
| | ) | JUDGE HAYNES |
| v. | ) | |
| | ) | |
| RICKY BELL, Warden, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

ORDER

Before the Court is the Magistrate Judge's Report and Recommendation (Docket Entry No. 38) for the Petitioner's petition for writ of habeas corpus (Docket Entry No. 1) be denied as well as dismissed with prejudice. To date neither party has not filed any objections.

After de novo review, the Court **ADOPTS** the Report and Recommendation and the Petitioner's petition for writ of habeas corpus (Docket Entry No. 1) s **DENIED** and this action is **DISMISSED with prejudice**.

The Court declines to issue a Certificate of Appealability under 28 U.S.C. § 2253(c).

This is the Final Order in this action.

It is so **ORDERED**.

ENTERED this the ___13th___ day of June, 2011.

WILLIAM J. HAYNES, JR.
United States in Judge